RECEIV
U.S. MARSHALS
JAN 29 2008
District of Rhode Island

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

CAROL M. DIPINA, alias Carol Sheed
145 Porter Street, Providence, RI

## WARRANT FOR ARREST

Case Number: 1:08-MJ-16M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Carol M. DiPina
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

health care fraud and conspiracy to commit health care fraud, distribution of controlled substance and conspiracy to distribute controlled substance

in violation of Title 18 United States Code, Section(s) 1347, 371 and 21 USC Sections 841(a), 846

| | |
|---|---|
| David L. Martin | David L. Martin |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. MAGISTRATE JUDGE | 1/29/08 Providence, RI |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Residence by FDA and DEA/USMS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/29/2008 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 01/29/2008 | | |